IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HENRY AUMAN and LINDA AUMAN,** | : | **CIVIL ACTION NO. 4:09-CV-2371** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **BRUCE A. JOSLYN and C.H. ROBINSON WORLDWIDE, INC.,** | : | |
| Defendants | : | |

## ORDER

AND NOW this 25th day of March, 2011, upon consideration of Plaintiffs' Motion (Doc. 39) to Compel the Completion of the Deposition of Defendant Joslyn; and to extend the discovery and trial deadlines thirty (30) days past the completion of Joslyn's reports, it is hereby ORDERED that said motion is GRANTED.  The completion of Defendant Joslyn's deposition will take place on April 20, 2011. Counsel for all parties are hereby attached for these depositions.

Deadlines in this action are extended as follows:

(a) Plaintiffs will supply to Defendants the names and reports of their experts on or before May 20, 2011 and Defendants will supply to Plaintiffs the names and reports of their experts on or before June 20, 2011.

(b) Supplemental reports of Plaintiffs' experts must be supplied to opposing counsel on or before July 5, 2011 and supplemental reports of Defendants' experts must be supplied to opposing counsel on or before July 19 2011.

(c)   All depositions of an opposing party's experts under Fed.R.Civ.P. 26(B)(4) must be conducted on or before August 2, 2011.

(d)   Motions in Limine and supporting briefs shall be filed on or before August 16, 2011.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge